

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:TRP
F. #2016R01900

271 Cadman Plaza East
Brooklyn, New York 11201

August 26, 2022

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jason Peltz
              Criminal Docket No. 21-154 (NGG)

Dear Judge Garaufis:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Jason Peltz, has agreed to in connection with his guilty plea accepted by Your Honor on March 22, 2022. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure; and at the defendant's sentencing it be orally pronounced as part of the Court's sentencing and attached to the Judgment and Conviction.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/   Tanisha R. Payne
      Tanisha R. Payne
      Assistant U.S. Attorney
      (718) 254-6358

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)