## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

rmcmenamin@maglaw.com
(212)-880-9537

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 7, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **United States v. Peltz**, Case No. 1:21-cr-00154

Dear Judge Garaufis:

      This firm represents Jason Peltz, the defendant in the above-referenced action.

      Mr. Peltz was initially scheduled to be sentenced on July 22, 2022, which was adjourned to October 7, 2022 based on a joint request from the parties relating to the timing of the initial disclosure of the Presentence Investigation Report. Mr. Peltz's sentencing submission is due to the Court on September 16, 2022.

      Due to personal circumstances of counsel, we respectfully request an adjournment of Mr. Peltz's sentencing hearing to the week of November 1, 2022, or as soon thereafter as is convenient to the Court. The government consents to this request.

      Thank you in advance for your consideration of this request.

                                      Very truly yours,

                                      /s/ Ryan McMenamin
                                      Ryan McMenamin

cc:      All Counsel of Record (Via ECF)